IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMERY BARRON | : | CIVIL ACTION |
| v. | : | No. 21-4801 |
| VISIONQUEST NATIONAL, LTD. | : | |
| EDWARD RIVERS | : | CIVIL ACTION |
| v. | : | No. 21-4928 |
| VISIONQUEST NATIONAL, LTD. | : | |
| SHELDON GREGORY | : | CIVIL ACTION |
| v. | : | No. 21-4929 |
| VISIONQUEST NATIONAL, LTD. | : | |
| ROBERT HARRIS, III | : | CIVIL ACTION |
| v. | : | No. 21-4938 |
| VISIONQUEST NATIONAL, LTD. | : | |
| RUSSELL MEYER | : | CIVIL ACTION |
| v. | : | No. 21-4940 |
| VISIONQUEST NATIONAL, LTD. | : | |
| ADRIAN BOXLEY, II | : | CIVIL ACTION |
| v. | : | No. 22-380 |
| VISIONQUEST NATIONAL, LTD. | : | |

| | | |
|---|---|---|
| RAFAEL VAZQUEZ | : | CIVIL ACTION |
| v. | : | No. 22-410 |
| VISIONQUEST NATIONAL, LTD. | : | |
| STEVEN WALLACE | : | CIVIL ACTION |
| v. | : | No. 22-411 |
| VISIONQUEST NATIONAL, LTD. | : | |
| AARON PITTS | : | CIVIL ACTION |
| v. | : | No. 22-680 |
| VISIONQUEST NATIONAL, LTD. | : | |
| ALIM FOSTER | : | CIVIL ACTION |
| v. | : | No. 22-682 |
| VISIONQUEST NATIONAL, LTD. | : | |
| CHRISTOPHER HERD | : | CIVIL ACTION |
| v. | : | No. 22-976 |
| VISIONQUEST NATIONAL, LTD. | : | |
| MICHAEL SHIELDS | : | CIVIL ACTION |
| v. | : | No. 22-981 |
| VISIONQUEST NATIONAL, LTD. | : | |

| | : | |
|---|---|---|
| EUGENE MINCY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-1047 |
| | : | |
| VISIONQUEST NATIONAL, LTD. | : | |
| | : | |
| HAKIM HAYES | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-1264 |
| | : | |
| VISIONQUEST NATIONAL, LTD. | : | |

## **ORDER**

AND NOW, this 28th day of April, 2022, upon consideration of the parties' Joint Motion to Consolidate Actions, and after consultation with the assigned judges, it is ORDERED the Motion is GRANTED. The above-captioned civil actions are consolidated before the Honorable Gerald A. McHugh pursuant to Federal Rule of Civil Procedure 42(a) for purposes of resolving all matters prior to trial.

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.