IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALIM FOSTER | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-682 |
| | : | |
| VISIONQUEST NATIONAL, LTD. | : | |

## ORDER

This 19th day of April, 2024, for the reasons that follow, it is hereby **ORDERED** that this action is **DISMISSED**.

This case was filed and removed to this Court in February 2022, more than two years ago. ECF 1. Since then, Plaintiff has failed to meet his basic discovery obligations. In September 2023, pursuant to an agreement to streamline discovery in these consolidated cases, Defendant forwarded Plaintiff an agreed-upon "Plaintiff's Fact Sheet" and authorization forms to complete and return within 30 days. Plaintiff did not complete these forms despite multiple written requests by his counsel to do so. On February 6, 2024, I entered an Order by Agreement, ordering Plaintiff to complete the forms within 30 days "or risk the imposition of sanctions, including, but not limited to, the potential dismissal of [this] action." ECF 34. Plaintiff again failed to produce this initial discovery information, and defense counsel moved for sanctions in the form of a dismissal of the case pursuant to my Order. ECF 35. On April 18, 2024, I held oral argument on the defense motion, and Plaintiff's counsel represented that his client has not responded to multiple written communications. Since the start of this action, I have granted substantial leeway to Plaintiff because of the seriousness of his claims and the logistical challenges stemming from his current incarceration. But given the amount of time that has passed and the Defendant's right to know the basis for the claims brought against it, dismissal is warranted.

1

The Clerk is requested to close this action for statistical purposes.

/s/ Gerald Austin McHugh
United States District Judge